UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES R. CROW,

        Plaintiff,

vs.                               Case No. 8:04-CV-1765-T-27MSS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER

    **BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 11) recommending that the decision of the Defendant Commissioner be **AFFIRMED** and that judgment be entered in favor of Defendant. Neither party filed written objections to the Report and Recommendation.

    After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    Accordingly, it is

    **ORDERED AND ADJUDGED** that:

    1)    The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    The decision of the Commissioner is **AFFIRMED**.

    3)    The clerk is directed to enter final judgment in favor of Defendant pursuant to 42 U.S.C. § 405(g) and *Newsome v. Halala*, 8 F.3d 775 (11th Cir. 1993).

1

4)      All pending motions are **DENIED** as moot.

5)      The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 23ʳᵈ day of September, 2005.

**JAMES D. WHITTEMORE**
United States District Judge

Copies to:
Counsel of Record